

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00155-CR |
| | § | |
| | § | Appeal from |
| EX PARTE: JESUS GARCIA. | § | 120th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 2013DCV1647) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF DECEMBER, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.